

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s): 1250 OCEANSIDE PARTNERS     Chapter 11     Case No. 13-00353

Plaintiff(s): ("et al." if multiple) WILLIAM BATISTE, et al.     A.P. No. 16-90014

vs. Defendant(s): ("et al." if multiple) SUN KONA FINANCE I, LLC

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Proposed Findings and Recommended Decision on Cross-Motions for Summary Judgment

Suggested Cause of Action (District CM/ECF):

See Civil No. 15-00397-ACK-KSC

Suggested Nature of Suit (District CM/ECF):

See Civil No. 15-00397-ACK-KSC

☐ Filing fee paid or no fee due.     ☐ Filing fee not paid.

| Party | | Role | |
|---|---|---|---|
| Party | | Role | |
| Party | | Role | |
| Party | | Role | |

☐ Additional parties     ☒ Docket sheet attached     ☐ Attorney list attached

Reference withdrawn for jury trial 2/14/2017

Dated: November 16, 2016     Michael B. Dowling, Clerk